947 F.2d 934
 CPR Associates, Inc., Center for Emerg. Med. Ed., Skinner
(Cecilia, R.N.), Spicer (Anne, R.N.), Soc. of Emerg. Care Ed.
v.
Walls (Harry), McCartney (John), Nat. Inst. of Emerg. Care,
Med. Emerg. Care Assoc., Inc., PA Emerg. Care Ed. Assoc.,
H&M Med., Inc., Coupe (John Jack), Chamberlain (Celeste),
Cummings (Vicki), Ryan (Sarah Sally), Frelkie (William),
Josephs (Jeanne), Beeton (Phyllis), Will (Jean),
Southeastern PA. Chapt. of Amer. Heart Assoc., PA. Affiliate, Inc.
 NOS. 91-1028, 91-1311
 United States Court of Appeals,
Third Circuit.
 OCT 24, 1991
 
 Appeal From: E.D.Pa.,
 Weiner, J.
 
 
 1
 AFFIRMED.